**Beverly FOX, Plaintiff–Appellant,**

v.

**NORTHWEST AIRLINES, INC., a corporation under the laws of Minnesota, Defendant–Appellee.**

No. 03–3764.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 13, 2004.

Decided Sept. 23, 2004.

Beverly Fox, Billings, MT, pro se.

Timothy Robert Thornton, Kevin M. Magnuson, Briggs & Morgan, Minneapolis, MN, for Defendant–Appellee.

2. *See Younger v. Harris,* 401 U.S. 37, 46, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971).

Before RILEY, LAY, and SMITH, Circuit Judges.

PER CURIAM.

We affirm the judgment of the district court,[1] which held that it lacked jurisdiction because the arbitration award was not final. On this basis, we dismiss the case without prejudice. Further we direct the Plaintiff that she may proceed in the district court after she obtains a final award of arbitration. At that time, she is free to document her petition with any other relevant material.

*See* 8th Cir. R. 47B.

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.